**No. 45624.**—Protest 21489–K of Ignaz Strauss & Co., Inc. (New York).

Opinion by DALLINGER, J. It appeared from the report of the Government analyst that the strips in question have a thickness of 0.0009 of an inch. The claim at 50 percent under paragraph 31 (b) (2) and T. D. 49753 was therefore sustained.